UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          *          CRIMINAL NO. 00-170
                                                                          00 - 170
                    v.                         *          SECTION: "N"

KEITH TOBIAS                         *

                                        *          *          *

# O R D E R

Considering the foregoing,

**IT IS HEREBY ORDERED** that Duane A. Evans be substituted for Tania Tetlow as

counsel of record for the United States of America in the above-captioned case.

New Orleans, Louisiana, this _18th_ day of _July_, 2005.

_____
UNITED STATES DISTRICT JUDGE

3

_____ Fee_____
_____ Process_____
__X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No _____